

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION DEPARTMENT

Petition for Warrant
with Attached Request for
Court Action Direction Detailing Probable Cause

Supervisee: Rafael Rodriguez                Docket Number: 11 CR 953-01 (RJS)

7:19-MJ-0892

Sentencing Judge: Honorable Richard J. Sullivan, U.S. Circuit Court Judge

Date of Original Sentence: December 23, 2014

Original Offense: Conspiracy to Distribute and Possess with Intent to Distribute Heroin, Cocaine and Marijuana ( 21 USC 846 & 21 USC 841(a)(1), 841(b)(1)(A) and 841(b)(1)(D)), a Class A felony; Distributing and Possessing with Intent to Distribute Heroin ( 21 USC 841(b)(1)(A)), a Class A felony; Money Laundering (18 USC 1956(h)), a Class C felony; Possession of a Firearm in Furtherance of a Narcotic Crime (18 USC 924(c)), a Class A felony

Original Sentence: Time Served plus Two Weeks; Five (5) Years' Supervised Release

Type of Supervision: Supervised Release Date Supervision Commenced: January 5, 2015

## PETITIONING THE COURT TO ISSUE A WARRANT

The supervisee has not complied with the following condition of supervision:

**Nature of Noncompliance**

1. ON OR ABOUT NOVEMBER 12, 2018, IN SOUTHERN DISTRICT OF TEXAS, RAFAEL RODRIGUEZ COMMITTED A FEDERAL CRIME, ILLEGAL REENTRY, IN VIOLATION OF TITLE 8 USC 1326 (A)(1) & (B)(1)(2), A CLASS C FELONY, IN THAT HE ILLEGALLY ENTERED THE UNITED STATES AFTER PREVIOUSLY BEING DEPORTED. MANDATED CONDITION, GRADE B VIOLATION.

**RODRIGUEZ, RAFAEL**
Docket No.: 11 CR 953-01 (RJS)

A. PAKULA/40822

U.S. Probation Officer Recommendation:

The term of supervision should be:

[ X ] Revoked

I declare under penalty of perjury that the foregoing is true and correct. (Supporting documentation is attached)

Respectfully submitted,

Michael Fitzpatrick
Chief U.S. Probation Officer

Adam S. Pakula
U.S. Probation Officer Specialist

Approved By:

Andrew Chan     December 12, 2018
Supervisory U.S. Probation Officer